

February 24, 2020

**By ECF**

Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/2020

Re: United States v. Christopher Santos Felix;
Docket Number: 19-cr-228

Your Honor,

I represent the Defendant in the above-referenced matter along with Javier A. Solano, Esq. This case is scheduled for a sentencing on March 3, 2020. However, I write with consent of AUSA Kedar Bhatia to respectfully request that this date be adjourned until a date convenient to the Court after April 20, 2020. The reason for this request is because the Defendant has met with a sentencing mitigation specialist who requires additional time to finalize his report. In addition, the Defendant was recently arrested and presented in the Southern District of New York in relation to charges pending under Docket # 20-MJ-1461. I would therefore respectfully request that the sentencing date be adjourned and that all related submission deadlines be accordingly extended. This is the defendant's second request for an adjournment of the sentencing date. I thank the Court for its attention to this matter.

Respectfully submitted,

/s
Michael P. Kushner, Esq.

Cc: AUSA Kedar Bhatia
(Via ECF)

*Sentence is adjourned to April 13, 2020 at 10:00am. Defense submission is due 3/30/2020. Government submission is due 4/6/2020.*

SO ORDERED:
Date: 2/25/2020
Richard M. Berman, U.S.D.J.

16 Court Street, 3rd Floor • Brooklyn, New York 11241
718-504-1440 (telephone) • 718.504.4630 (facsimile)
www.KushLawGroup.com