**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 11, 2020

**BY CM/ECF**
The Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Application granted. Sentencing adjourned to Monday, August 10, 2020 at 9:00 a.m.
>
> SO ORDERED:
> Date: 6/12/2020
> Richard M. Berman, U.S.D.J.

Re:   *United States v. Santos Felix*, **19 Cr. 228 (RMB)**

Dear Judge Berman:

The Government writes to respectfully request an 45-day adjournment of the sentencing proceeding in this matter, currently scheduled for June 23, 2020, at 11:00 a.m.

On or about October 23, 2019, defendant Cristopher Santos Felix pleaded guilty before the Honorable Debra Freeman to one count of assaulting a federal officer, in violation of 18 U.S.C. § 111(a)(1) and (b). On or about October 28, 2019, the Court accepted the defendant's plea before the magistrate court, and scheduled a sentencing proceeding for January 23, 2020. Sentencing was subsequently adjourned on several occasions, initially to permit the defendant to obtain a report from a sentencing mitigation specialist and later due to the COVID-19 pandemic. *See* Dkt. Nos. 47, 50, 52, 55. Sentencing is currently scheduled for June 23, 2020, at 11:00 a.m.

The Government seeks a 45-day adjournment of the sentencing proceeding in this matter because an in person proceeding most likely cannot be conducted on June 23, 2020, and, the Court could not make the necessary findings under the CARES Act to proceed via video conference or teleconference at this time.[1] After 45-days, it is more likely that an in-person sentencing could be held before the Court. Defense counsel has no objection to this request.

---

[1] Section 15002(b) of the CARES Act allows for sentencing proceedings to be held via video teleconferencing and telephone conferencing when the district judge "in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice."

Thank you for your consideration of this matter.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

by:   /s/
        Kedar S. Bhatia
        Assistant United States Attorney
        (212) 637-2465