**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    19 CR. 228 (RMB)
   -against-

                                                    **ORDER**
CRISTOPHER SANTOS FELIX,
                Defendant.
------------------------------------------------------------X

      The sentencing previously scheduled for Monday, August 10, 2020 at 9:00 AM is hereby rescheduled to Wednesday, August 26, 2020 at 9:00 AM.

Dated: July 29, 2020
       New York, NY

                                                   _____
                                                       RICHARD M. BERMAN
                                                            U.S.D.J.