UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                19 CR. 228 (RMB)

  -against-

                                                                               **ORDER**

CRISTOPHER SANTOS FELIX,
                Defendant.
------------------------------------------------------------X

       The sentencing scheduled for Wednesday, August 26, 2020 at 9:00 AM will be held by video via CourtCall.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       USA Toll-Free Number: (855) 268-7844
       Access Code: 32091812#
       PIN: 9921299#

Dated: August 19, 2020
       New York, NY

                                                          _____
                                                              RICHARD M. BERMAN
                                                                    U.S.D.J.