**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                              19 CR. 228 (RMB)
  -against-

                                                                             **ORDER**

CRISTOPHER SANTOS FELIX,
                Defendant.
------------------------------------------------------------X

       The sentencing previously scheduled for Monday, October 19, 2020 at 9:00 AM is hereby rescheduled to Wednesday, October 21, 2020 at 9:00 AM and will be held by video via Skype for Business.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-In Number: (917) 933-2166
       Conference ID: 467377029

Dated: October 15, 2020
       New York, NY

                                                                                     _/s/ Richard M. Berman_
                                                                                    RICHARD M. BERMAN
                                                                                              U.S.D.J.