**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                19 CR. 228 (RMB)

 -against-

                **ORDER**

CRISTOPHER SANTOS FELIX,
     Defendant.
------------------------------------------------------------X

   In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Tuesday, March 2, 2021 at 9:00 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

   Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-In Number: (917) 933-2166
   Conference ID: 377 844 92


Dated: February 25, 2021
   New York, NY

                  _____
                    RICHARD M. BERMAN
                    U.S.D.J.