**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                               19 CR. 228 (RMB)
    -against-

                                                                    **ORDER**

CRISTOPHER SANTOS FELIX,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Monday, April 12, 2021 at 11:00 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-In Number: (917) 933-2166
       Conference ID: 909 953 862

Dated: April 7, 2021
       New York, NY

                                                      _____
                                                          RICHARD M. BERMAN
                                                              U.S.D.J.